IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

ELVIN HERNANDEZ,
    Plaintiff,

v.     Civil Action No.: 5:19-cv-1775-PD
       Magistrate Judge Patricia Donahue

COMMISSIONER OF
SOCIAL SECURITY,
    Defendant.

## ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d)

Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $6,000.00, as authorized by 28 U.S.C. §2412, be awarded subject to the terms of the Stipulation.

Dated: April 26, 2021

*Patricia Donahue*
Magistrate Judge Patricia Donahue